US00D460566S

## (12) United States Design Patent
Henschel et al.

(10) Patent No.: **US D460,566 S**
(45) Date of Patent: ∗∗ **Jul. 16, 2002**

(54) **FOLDABLE STOOL**

(76) Inventors: **Reed E. Henschel**, 219 Main St., P.O. Box 337, Faith, SD (US) 57626; **Brad Eveleth**, Box 68-5 P.O. HC 59, Edgemont, SD (US) 57735

(∗∗) Term: **14 Years**

(21) Appl. No.: **29/144,406**

(22) Filed: **Jul. 2, 2001**

(51) LOC (7) Cl. .................................................... **25-04**
(52) U.S. Cl. .................................................... **D25/65**
(58) Field of Search .............................. D25/65, 62, 63; 108/124, 129, 130, 131, 132; 16/DIG. 13; 297/44, 42, 188.1

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 1,970,196 A | 8/1934 | Rodemeyer |
| 3,077,282 A | 2/1963 | Eggers |
| 3,673,636 A | 7/1972 | Ruiz |
| 4,043,277 A ∗ | 8/1977 | Wallace ........................ 108/35 |
| 4,253,268 A | 3/1981 | Mayr |
| D265,026 S ∗ | 6/1982 | Macho et al. ................ D6/353 |
| 4,383,488 A | 5/1983 | Macho et al. |
| 4,630,861 A | 12/1986 | Henschel |
| 4,807,329 A | 2/1989 | Mossalgue |
| 5,361,456 A | 11/1994 | Newby, Sr. |
| 5,697,669 A | 12/1997 | Yemini |
| 5,845,366 A | 12/1998 | Kuroda |
| 5,940,934 A | 8/1999 | Turner |

∗ cited by examiner

*Primary Examiner*—Stella Reid
(74) *Attorney, Agent, or Firm*—Kinney & Lange, P.A.

(57) **CLAIM**

The ornamental design for a foldable stool, as shown and described.

**DESCRIPTION**

FIG. 1 is a perspective view of the present invention in an open position;
FIG. 2 is a top plan view of the present invention in an open position;
FIG. 3 is a front elevational view of the present invention in an open position;
FIG. 4 is a right side view of the present invention in an open position;
FIG. 5 is a rear elevational view of the present invention in an open position;
FIG. 6 is a left side view of the present invention in an open position;
FIG. 7 is a bottom plan view of the present invention in an open position;
FIG. 8 is a perspective view of the present invention in a folded or collapsed position;
FIG. 9 is a top plan view of the present invention in a folded or collapsed position;
FIG. 10 is a front elevational view of the present invention in a folded or collapsed position;
FIG. 11 is a right side view of the present invention in a folded or collapsed position;
FIG. 12 is a rear elevational view of the present invention in a folded or collapsed position;
FIG. 13 is a left side view of the present invention in a folded or collapsed position; and,
FIG. 14 is a bottom plan view of the present invention in a folded or collapsed position.

**1 Claim, 13 Drawing Sheets**





**U.S. Patent**     Jul. 16, 2002     Sheet 1 of 13     **US D460,566 S**



FIG. 1



FIG.2

Case: 4:08-cv-01140-CDP   Doc. #:  1-2   Filed: 08/04/08   Page: 4 of 14 PageID #: 7



FIG. 3

Case: 4:08-cv-01140-CDP   Doc. #: 1-2   Filed: 08/04/08   Page: 5 of 14 PageID #: 8



FIG. 4

Case: 4:08-cv-01140-CDP   Doc. #:  1-2   Filed: 08/04/08   Page: 6 of 14 PageID #: 9



FIG. 5



FIG. 6



FIG.7



FIG. 8



FIG.9



FIG.14



FIG. 10



FIG. 11
Case: 4:08-cv-01140-CDP   Doc. #:  1-2   Filed: 08/04/08   Page: 12 of 14 PageID #: 15



FIG. 12



FIG. 13