UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| WHITNEY DESIGN, INC., | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 4:08CV1140 CDP |
| B & R PLASTICS, INC., | ) |
| Defendant. | ) |

**MEMORANDUM AND ORDER**

This matter is before me on Whitney Design's notification that the Colorado action, <u>B & R Plastics, Inc. v. Whitney Design, Inc.</u>, Cause Number 08CV914 MSK-MJW, was dismissed by the United States District Court for the District of Colorado for lack of personal jurisdiction on January 30, 2009. I would like to hold a telephone conference with the parties to discuss how to proceed with this action. In advance of the telephone conference, I expect the parties to talk to each other and try to reach agreement on how to proceed with the management of this case. I would also like the parties to file a copy of the Colorado court's decision for my review by February 6, 2009.

Accordingly,

**IT IS HEREBY ORDERED** that the Court will hold a telephone status

conference with counsel in this matter on **Thursday, February 26, 2009 at 12:30 p.m.**  Plaintiff's counsel is responsible for placing the call and having everyone on the line before contacting my chambers at 314-244-7520.

**IT IS FURTHER ORDERED** that the parties shall file a copy of the Order dismissing B & R Plastics, Inc. v. Whitney Design, Inc., Cause Number 08CV914 MSK-MJW, issued by the United States District Court for the District of Colorado on January 30, 2009 by **February 6, 2009.**

*Catherine D. Perry*
_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 3rd day of February, 2009.