UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| WHITNEY DESIGN, INC., )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>B & R PLASTICS, INC., )<br>)<br>Defendant. ) | Case No. 4:08CV1140 CDP |

## ORDER

As discussed with counsel during today's telephone conference,

**IT IS HEREBY ORDERED** that the stay of this case is lifted, and defendant shall file a responsive pleading by **March 20, 2009.**

     _____
     CATHERINE D. PERRY
     UNITED STATES DISTRICT JUDGE

Dated this 3rd day of March, 2009.