IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| WHITNEY DESIGN, INC.<br>a Missouri Corporation,<br><br>Plaintiff,<br><br>v.<br><br>B & R PLASTICS, INC.<br>a Colorado Corporation,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>) Case No. 08-CV-1140<br>)<br>)<br>)<br>)<br>) |

## MOTION TO DISMISS WITH PREJUDICE

COMES NOW the parties, Whitney Design, Inc. ("WDI") and B & R Plastics, Inc ("B & R"), by and through their attorneys, and state that pursuant to a settlement WDI dismisses its complaint against B & R with prejudice, and B & R dismisses its counterclaims against WDI with prejudice.

Respectfully Submitted,

**B&R MANUFACTURING INC.**

By: _/s/ Eric G. Fischer_
Eric G. Fischer
FISCHER & FISCHER
125 South Howes Street -- Ste 900
Fort Collins, Colorado 80521
(970) 482-4710

*Attorney for Defendant*

Date: SEPTEMBER 2, 2009

**WHITNEY DESIGN, INC.**

By: _/s/ McPherson D. Moore_
McPherson D. Moore, E.D. Mo. # 3890
Polster, Lieder Woodruff & Lucchesi, L.C.
12412 Powerscourt Rd., Ste. 200
St. Louis, Missouri 63131
(314) 238-2400

*Attorney for Plaintiff*

Date: Sept. 2, 2009

1